AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Tara Osborn, <br> *Plaintiff.* <br> v. <br> JAB Management Services, Inc. <br> *d/b/a/ Advanced Correctional Healthcare, Inc.,* <br> *Defendant.* | Civil Action No. 22-CV-1049 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** judgment is entered in favor of Defendant, JAB Management Services, Inc. *d/b/a/ Advanced Correctional Healthcare, Inc.* and against Plaintiff, Tara Osborn. Plaintiff recovers nothing on her claims against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael M. Mihm on a motion for Summary Judgment.

Date: 3/12/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*