AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Tara Osborn,
*Plaintiff*
v.
JAB Management Services, Inc.,
d/b/a Advanced Correctional Healthcare, Inc.,
*Defendant*

)
)
)
)
)
)

Civil Action No. 22-cv-1049

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: judgment is entered in favor of Defendant, JAB Management Services, Inc., d/b/a Advanced Correctional Healthcare, Inc., and against Plaintiff, Tara Osborn, plus costs of suit in the amount of $3,011.75. Plaintiff recovers nothing on her claims against Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Michael M. Mihm on a motion for Summary Judgment.

Date: 04/30/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

mmm